Charles C. Bates, as Committee, etc., of Maria Louise Bates, an Incompetent Person, Respondent, v. Walter Weldon, Individually and

as Successor Trustee, etc., of Robert Weldon, Deceased, and Another; Appellants, and The City of New York, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.